**PHILIP J. KAPLAN (State Bar No. 135735)**
  philipkaplan@ca.rr.com
**LAW OFFICES OF PHILIP J. KAPLAN**
3278 Wilshire Blvd., Suite 106
Los Angeles, California  90010
Telephone: (213) 480-8981

Attorney for Plaintiff
PAUL LOZADA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LOZADA, an individual, <br><br>  Plaintiff, <br><br> v. <br><br> SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a Municipal entity; ROBERT CRAFT, Chief of Police for CALIFORNORNIA EXPOSITION & STATE FAIR POLICE DEPT., in his individual and official capacities; CALIFORNIA EXPOSITION & STATE FAIR, a component unit of the State of California; LEEANDRA MARCHESE, in her personal and official capacities; JIM BROWN, Chief of Police for FULTON EL CAMINO PARK DISTRICT POLICE DEPT., and DOES 1 to 5, inclusive, <br><br>  Defendants. | Case No. 2:18-cv-01102-JAM-KJN <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS JIM BROWN AND FULTON-EL CAMINO RECREATION AND PARK DISTRICT** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff Paul Lozada and defendants Jim Brown and Fulton-El Camino Recreation and Park District hereby stipulate that plaintiff's action herein against defendants Jim Brown and Fulton-El Camino Recreation and Park District be dismissed, with prejudice, in accordance with the terms of a written settlement agreement entered into between the above parties.

It has been further stipulated that the above parties shall bear their own attorney's fees and costs.

Plaintiff's claims against the remaining defendants are *not* dismissed.

DATED: March 14, 2019     LAW OFFICES OF PHILIP J. KAPLAN

By:/s/ *Philip J. Kaplan*
Philip J. Kaplan

Attorney for Plaintiff
PAUL LOZADA

DATED: March 14, 2019     ANGELO, KILDAY & KILDUFF, LLP

By:/s/ *Serena M. Warner*
Serena M. Warner

Attorneys for Defendants
JIM BROWN and FULTON-EL CAMINO RECREATION AND PARK DISTRICT

## **ORDER**

The stipulation is approved. Plaintiff's action herein against defendants Jim Brown and Fulton-El Camino Recreation and Park District is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 22, 2019          /s/ John A. Mendez_____
                               JOHN A. MENDEZ
                               UNITED STATES DISTRICT JUDGE