1  LONGYEAR & LAVRA, LLP
   John A. Lavra, CSB No.: 114533
2  Kelley S. Kern, CSB No.: 221265
   3620 American River Drive, Suite 230
3  Sacramento, CA 95864
   Phone: 916-974-8500
4  Facsimile: 916-974-8510

5  *Attorneys for Defendants, COUNTY OF SACRAMENTO*
   *and LEEANNEDRA MARCHESE*

6

7

8            **UNITED STATES DISTRICT COURT**

9     **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10

11  PAUL LOZADA, an individual          ) Case No.: 2:18−CV−01102−JAM−KJN
                                        )
12            Plaintiff,                ) **STIPULATION FOR DISMISSAL OF**
                                        ) **ENTIRE ACTION WITH PREJUDICE;**
13       vs.                            ) **ORDER**
                                        )
14  SACRAMENTO COUNTY SHERIFF'S         ) [Fed. R. Civ. P. 41]
    DEPARTMENT, a Municipal entity;     )
15  ROBERT CRAFT, Chief of Police for   )
    CALIFORNIA EXPOSITION & STATE       )
16  FAIR POLICE DEPT., in his individual and )
    official capacities; CALIFORNIA     )
17  EXPOSITION & STATE FAIR, a component )
    unit of the State of California, LEEANDRA )
18  MARCHESE, in her individual and     )
    official capacities; JIM BROWN, Chief of Police for )
19  FULTON EL CAMINO PARK DISTRICT      )
    POLICE DEPARTMENT; and DOES 1-5,    )
20  inclusive,                          )
                                        )
21            Defendants                )
                                        )
22

23       IT IS HEREBY STIPULATED and agreed by and between Plaintiff PAUL LOZADA,

24  and Defendants COUNTY OF SACRAMENTO (erroneously sued herein as SACRAMENTO

25  COUNTY SHERIFF'S DEPARTMENT), LEEANNEDRA MARCHESE, CALIFORNIA

26  EXPOSITION & STATE FAIR and ROBERT CRAFT (collectively "Defendants"), by and

27  through their attorneys of record, that this action be dismissed in its entirety with prejudice

28  pursuant to Fed. R. Civ. P. 41(a).

                                        1

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs.

Dated: April 13, 2020                    LAW OFFICES OF PHILIP J. KAPLAN


                                   By:   */s/ Philip J. Kaplan*
                                         Philip J. Kaplan
                                         Attorney for Plaintiff PAUL LOZADA


Dated: April 13, 2020                    PORTER SCOTT
                                         A PROFESSIONAL CORPORATION


                                   By:   */s/ David R. Norton*
                                         David R. Norton
                                         Attorneys for Defendants
                                         CALIFORNIA EXPOSITION & STATE FAIR
                                         and ROBERT CRAFT

Dated: April 13, 2020                    LONGYEAR & LAVRA, LLP


                                   By:   */s/ Kelley S. Kern*
                                         John A. Lavra
                                         Kelley S. Kern
                                         Attorneys for Defendants COUNTY OF
                                         SACRAMENTO and LEEANNEDRA
                                         MARCHESE



## **ORDER**

The parties having so stipulated and agreed, IT IS HEREBY ORDERED:

The Complaint and all claims of Plaintiff Paul Lozada against Defendants Sacramento County, LeeAnneDra Marchese, California Exposition & State Fair, and Robert Craft (collectively "Defendants") are dismissed with prejudice. Each side to bear their own attorneys' fees and costs.

April 13, 2020


                                   /s/ John A. Mendez_____
                                   The Honorable John A. Mendez
                                   UNITED STATES DISTRICT COURT JUDGE